JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WESLEY HANDWERK,<br><br>             Petitioner,<br><br>    v.<br><br>M.V. SEXTON, Warden,<br><br>             Respondent. | Case No. 5:17-cv-01115-MWF (SHK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: August 29, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge